938 A.2d 982

**Ex rel John SINGLETON**

**v.**

**Sylvester JOHNSON, Police Commissioner, Philadelphia Police Department,**

**Petition of John Singleton.**

**No. 396 EAL 2007.**

Supreme Court of Pennsylvania.

Dec. 12, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of DECEMBER, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Commonwealth can prevail in a common law forfeiture matter where it did not offer evidence that the items Petitioner sought to have returned were linked to the crimes to which he pled guilty?